# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

LORRAINE L. WILLIAMS,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

NO. CV-04-3143-MWL

**JUDGMENT IN A CIVIL CASE**

### DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Defendant.

**FILE CLOSED.**

**DATED** this 16th day of January, 2007.

    **JAMES R. LARSEN**
    **District Court Executive/Clerk**

    s/ Alma R. Gonzalez

by: _____
    ALMA R. GONZALEZ
    Deputy Clerk

cc: all counsel